

FILED

FEB 2 1 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0457-DMS |
| Plaintiff, | ) ) | <u>I N F O R M A T I O N</u> |
| v. | ) ) | Title 8, U.S.C., Sec. 1324(a)(2)(B)(iii) – Bringing |
| TODD QUINCY FREEMAN, | ) ) | in Illegal Aliens Without Presentation; Title 18, U.S.C., |
| Defendant. | ) ) | Sec. 2 – Aiding and Abetting |

The United States Attorney charges:

On or about January 25, 2008, within the Southern District of California, defendant TODD QUINCY FREEMAN, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Jose Abel Munguia-Ramirez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2.

DATED: 2/21/08.

KAREN P. HEWITT
United States Attorney

for CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:es:San Diego
1/29/08