UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            )<br>  Plaintiff   )<br>            )<br>            )<br>  vs.       )<br>            )<br>            )<br>  Freeman   )<br>            )<br>  Defendant(s) )<br>_____ ) | CRIMINAL NO. 08CR457<br>              08MJ0238<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States ~~District~~/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Jose Abel Munguia – Ramirez

DATED: 02/21/08

RECEIVED _____
            DUSM

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk
by _____
          Deputy Clerk